ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Constellation NewEnergy, Inc.                  )   ASBCA No. 63619
                                               )
Under Contract No. DE-AM36-09GO29033           )
            T.O. N39430-16-F-1838              )

APPEARANCE FOR THE APPELLANT:          Ron R. Hutchinson, Esq.
                                         Doyle & Bachman LLP
                                         Arlington, VA

APPEARANCE FOR THE GOVERNMENT:          Craig D. Jensen, Esq.
                                          Navy Chief Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 14, 2023

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63619, Appeal of Constellation NewEnergy, Inc., rendered in conformance with the Board's Charter.

Dated:  June 14, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals